UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:24-cv-00703-HDV-SP                    Date   5/14/2024

Title    *THERESA BOOKER V. WAL-MART ASSOCIATES, INC. ET AL*

Present: The Honorable    Hernán D. Vera, United States District Judge

  Wendy Hernandez                                   Not Reported
    Deputy Clerk                                    Court Reporter

   Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:
          None Present                                None Present

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff is ordered to show cause, in writing, no later than  May 22, 2024  why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause.

_   Proof of service of summons and complaint.

X   Response to complaint by the defendant or an application for entry of default pursuant to Federal Rules of Civil Procedure 55(a).

−   Application for entry of default judgment pursuant to Federal Rules of Civil Procedure 55(b).

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**